O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3337 AHM (CTx) | Date | January 14, 2009 |
|---|---|---|---|
| Title | ORICA EXPLOSIVES TECHNOLOGY PTY., LTD. v. AUSTIN POWDER COMPANY, ET AL. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

On December 22, 2008, counsel for Defendant Special Devices, Inc. ("SDI") filed a Notice of Automatic Stay stating that SDI has filed for Chapter 11 bankruptcy and that the instant litigation is therefore stayed. SDI suggested that "in the next several weeks" two issues "will need to be addressed": identification of SDI's counsel, and the extent of the stay of the present proceedings. SDI advised the Court that until these issues have been "considered," "it would be imprudent to take further action the present proceedings." The Court ORDERS Brown White & Newhouse LLP, and Wiley Rein LLP, the two firms representing SDI, to set forth in greater detail their positions on these issues and their proposal for how this case should proceed given the stay. The firms must set forth their proposal on or before January 20, 2009. The other parties in this case may then respond in writing to the proposal on or before January 23, 2009.

_____ : _____

Initials of Preparer      se