O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3337 AHM (CTx) | Date | January 28, 2009 |
|---|---|---|---|
| Title | ORICA EXPLOSIVES TECHNOLOGY PTY., LTD. v. AUSTIN POWDER COMPANY, ET AL. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

     Plaintiff and the attorneys representing SDI and the other defendants in this case have now stated their positions on how the Court should proceed in light of the automatic stay triggered by SDI's filing for Chapter 11 bankruptcy. The Court hereby adopts Plaintiff's suggested course of action: Counsel representing the defendants are ORDERED to inform the Court in writing on or before February 13, 2009 whether or not Defendants' current counsel will continue to represent Austin Powder Company, Dan-Mar Company and Lectronics LLC. If current counsel will not continue to appear, new counsel must enter an appearance by February 13, 2009. In addition, Plaintiff and Defendants Austin Powder Company, Dan-Mar Company and Lectronics LLC are ORDERED to submit an updated case management statement to the Court by February 20, 2009 setting forth their joint or respective positions concerning how this case should proceed as to the remaining defendants.

                                                                                                                                :

                                                           Initials of Preparer          se