O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3337 AHM (CTx) | Date | February 13, 2009 |
|---|---|---|---|
| Title | ORICA EXPLOSIVES TECHNOLOGY PTY., LTD. v. AUSTIN POWDER COMPANY, ET AL. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:                Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)


     In light of the status report filed on February 12, 2009, the Court modifies its January 28, 2009 Order and extends the deadlines for the required developments by 28 days. Thus, if current counsel will not continue to appear, new counsel must enter an appearance by March 13, 2009, and Plaintiff and Defendants Austin Powder Company, Dan-Mar Company and Lectronics LLC are ORDERED to submit an updated case management statement to the Court by March 20, 2009 setting forth their joint or respective positions concerning how this case should proceed as to the remaining defendants.

                                                                                                                                      :

                                                               Initials of Preparer                 SMO