O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3337 AHM (CTx) | | Date | June 12, 2009 |
|---|---|---|---|---|
| Title | ORICA EXPLOSIVES TECHNOLOGY PTY., LTD. v. AUSTIN POWDER COMPANY,  ET AL. | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kendra Bradshaw | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The Court GRANTS the motion of Wiley Rein LLP to Withdraw as Counsel for All Defendants.[1]

The Court will now review the somewhat tangled procedural history in this case. On October 31, 2008, this Court took under submission four motions for summary judgment related to the alleged infringement of Plaintiff's patents.  On January 28, 2009, after Special Devices, Inc. ("SDI") filed for bankruptcy, this Court ordered the Plaintiff and Defendants Austin Powder Company, Dan-Mar Company and Lectronics LLC to set forth their positions concerning how this case should proceed as to all defendants other than SDI.  On February 13, 2009, at the request of the parties, the Court extended that reporting deadline to March 20, 2009.

On March 10, 2009, the parties filed a joint report stating that SDI had filed a motion in the Bankruptcy Court seeking to extend the bankruptcy stay to all of the defendants, and that Orica Explosives had filed a motion for relief from the automatic stay that had been entered as to SDI ("the stay-related motions").  The parties also stated that they stipulated in the Bankruptcy Court that they would jointly request this Court to stay this action in its entirety until the Bankruptcy Court ruled on the stay-related motions.  Also on March 10, 2009, the Court granted the parties' request to extend the reporting deadline set forth in the February 13, 2009 Order, to seven days following the Bankruptcy's Court decision on the stay-related motions.

---

[1] Docket No. 205.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3337 AHM (CTx) | Date | June 12, 2009 |
|---|---|---|---|
| Title | ORICA EXPLOSIVES TECHNOLOGY PTY., LTD. v. AUSTIN POWDER COMPANY,  ET AL. | | |

On April 21, 2009, the parties filed a joint report stating that the Bankruptcy Court hearing on the stay-related motions would be scheduled within 30 days.  On May 12, 2009, Wiley Rein LLP, the attorneys for all of the defendants, moved to withdraw as counsel.  On June 1, 2009, Orica filed a "Conditional Opposition" to the motion to withdraw, in which it stated that the hearing on the stay-related motions has been delayed until the Bankruptcy Court decides whether to convert SDI's bankruptcy from Chapter 11 to Chapter 7.  A hearing on that latter question is now scheduled for today, June 12, 2009.

In short, as a result of the parties' stipulations, this case has been effectively stayed as to all defendants until the Bankruptcy Court decides on the parties' stay-related motions still pending in that court.

This Court now ORDERS that within one week of either the termination of the bankruptcy proceedings or the Bankruptcy Court 's adjudication of the stay-related motions (whichever event occurs first), all parties (including SDI if it is no longer in bankruptcy) must file a joint status report proposing a date — not earlier than four weeks from the date of the Bankruptcy Court's ruling — for the hearing on the motion for summary judgment as to invalidity still pending before this Court.  A status conference will also be held on that day.

No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

_____ : _____
Initials of Preparer                   kb