| | |
|---|---|
| 1 | FAY E. MORISSEAU (SBN 159931) |
| 2 | MATTHEW F. WEIL (SBN 157505)<br>McDERMOTT WILL & EMERY LLP |
| 3 | 18191 Von Karman Avenue, Suite 500<br>Irvine, CA  92612-7108 |
| 4 | Telephone:  949.851.0633<br>Facsimile:    949.851.9348 |
| 5 | Attorneys for Plaintiff /Counterclaim Defendant |
| 6 | ORICA EXPLOSIVES TECHNOLOGY PTY., LTD.<br>and Counterclaim Defendant ORICA USA INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORICA EXPLOSIVES TECHNOLOGY, PTY., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN POWDER COMPANY, LECTRONICS LLC, DAN-MAR COMPANY, INC., and SPECIAL DEVICES INCORPORATED,<br><br>Defendants. | Case No. CV-07-3337-AHM (CTx)<br><br>Judge: Hon. A. Howard Matz<br><br>**ORDER OF DISMISSAL** |

1  Before the Court is the parties' Joint Stipulation of Dismissal pursuant to
2  Federal Rule of Civil Procedure 41, signed by counsel on behalf of all parties who
3  have appeared in the action.

4
5  Good cause appearing therefore, IT IS THEREFORE ORDERED, pursuant
   to Rule 41, Fed. R. Civ. P., that this action, including complaint, answers and
6  counterclaims, is dismissed with prejudice.  Each party shall bear its own attorney's
7  fees, costs and expenses.
8
9       **IT IS SO ORDERED.**
10          **JS-6**
11  Dated:   September 01, 2010
12                                              A. HOWARD MATZ
                                                UNITED STATES DISTRICT JUDGE
13
14  DM_US 26352009-1.057000.0029

ORDER OF DISMISSAL                    - 1 -                    CV-07-3337-AHM (CTx)